UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. BANK N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE LOPEZ,<br><br>    Defendant. | Case No.: C 10-1259 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On March 1, 2010, Defendant filed an Application to Proceed *In Forma Pauperis*. Based on the application and the file herein,

IT IS HEREBY ORDERED that, no later than April 26, 2010, the parties shall each file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the court's website at www.cand.uscourts.gov in the Forms (Civil) section. Absent consent, a Magistrate Judge is not authorized to rule on certain matters, such as requests to proceed *in forma pauperis*. *See* 28 U.S.C. § 636(c)(1); *see also, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988). After receipt of whichever forms the parties each choose to file, the appropriate judge will rule on the pending application..

Dated: *April 14, 2010*

                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on _____ to:

Jose Lopez
3283 Hostetter Road
San Jose, CA 95132

_____
MARTHA BROWN
Courtroom Deputy