UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. BANK N.A., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>JOSE LOPEZ, <br><br>　　　　Defendant. | Case No.: C 10-1259 PVT <br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On March 1, 2010, Defendant filed an Application to Proceed *In Forma Pauperis*. On April 14, 2010, this court issued an order setting a deadline of April 26, 2010 for Plaintiff to file either a written consent to the jurisdiction of the Magistrate Judge, or a request for reassignment to a District Judge. Plaintiff failed to file either document. Therefore, based on the file herein,

IT IS HEREBY ORDERED that this action be reassigned to a District Judge. Absent consent to Magistrate Judge jurisdiction, a Magistrate Judge does not have authority to rule on potentially case-dispositive motions, including requests to proceed *in forma pauperis*. *See* 28 U.S.C. § 636(c)(1); *see also, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988).

Dated: *5/13/10*

　　　　　　　　　　　　　　　　　　　　　*/s/ Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1
2
3 *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*
4
5 copies mailed on   *5/17/10*   to:
6 Jose Lopez
  3283 Hostetter Road
7 San Jose, CA 95132
8
                                                  /s/  Donna Kirchner           for
9                                                 MARTHA BROWN
                                                  Courtroom Deputy
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28